

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00563-CR

Jon Eric Adam **ANDRADE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4070
Honorable Ron Rangel, Judge Presiding

# O R D E R

By order of this court dated January 26, 2017[1], Patrick Montgomery has been removed as appointed counsel for appellant in this appeal. We therefore abate this appeal and remand the case to the trial court to appoint new appellate counsel. We order the trial court clerk to file a supplemental record containing the trial court's order of appointment by **February 8, 2017**.

The trial court is ORDERED to admonish new appellate counsel that this appeal has been pending since September 2016, the record is complete, and the appellant's brief will be due **March 9, 2017**. The trial court must further admonish counsel that the Fourth Court of Appeals will disfavor motions for extensions of time to file the appellant's brief.

_____
Karen Angelini, Justice

---

[1]This court's order was issued in a sanctions proceeding ancillary to appeal number 04-15-00596-CR, *Isidro Espinosa Solis v. The State of Texas*, appealed from the 175th Judicial District Court, Bexar County, Texas, trial court cause number 2014CR2691, and appeal number 04-16-00081-CR, *Ricardo Martinez, Jr. v. The State of Texas*, appealed from the 186th Judicial District Court, Bexar County, Texas, trial court cause number 2013CR6697.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.



Keith E. Hottle
Clerk of Court